JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMESH SHAH, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, WARDEN BURKHOLTZ, <br><br> Respondent. | Case No. 2:21-CV-03953-VAP (AFM) <br><br> **JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: May 19, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE